UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIVING STEWARD PROPERTIES, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:20-CV-001 |
| | § | |
| CERTAIN UNDERWRITERS AT | § | |
| LLOYD'S LONDON, *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND MOTION TO STAY OR DISMISS THESE PROCEEDINGS

Before the Court is "Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Compel Arbitration and Motion to Stay or Dismiss These Proceedings" (D.E. 9). After due consideration, the Court GRANTS the motion (D.E. 9) and ORDERS that the deadline for Plaintiff to respond to Defendants' Motion to Compel Arbitration and Motion to Stay or Dismiss These Proceedings (D.E. 8) is extended to **Thursday, April 23, 2020.**

ORDERED this 24th day of March, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE