UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| LIVING STEWARD PROPERTIES, LTD., § § Plaintiff, § VS. § CERTAIN UNDERWRITERS AT § LLOYD'S LONDON, *et al*, § § Defendants. § | CIVIL ACTION NO. 2:20-CV-1 |

# **FINAL JUDGMENT**

Pursuant to the parties' Joint Stipulation of Voluntary Dismissal with Prejudice (D.E. 22), the Court enters final judgment dismissing this action with prejudice, with each party to bear their own costs.

ORDERED this 23rd day of June, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE